■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GEORGE PADILLA, Appellant. — Appeal by defendant from a judgment of the Supreme Court, Kings County (Hellenbrand, J.), rendered January 19, 1979, convicting him of robbery in the second degree, upon his plea of guilty, and imposing sentence. Judgment affirmed. We have reviewed the record and agree with defendant's assigned counsel that there are no meritorious issues on this appeal. Counsel's application for leave to withdraw as counsel is granted *(Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; cf. *People v Gonzalez,* 47 NY2d 606). Lazer, J. P., Mangano, Brown and Niehoff, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v NUNZIO RUGGI-ERI, Appellant. — Appeal by defendant from a judgment of the Supreme Court, Kings County (Beldock, J.), rendered March 5, 1981, convicting him of criminal possession of stolen property in the second degree and a violation of section 415-a of the Vehicle and Traffic Law, upon a jury verdict, and imposing sentence. Judgment affirmed and the case is remitted to the Supreme Court, Kings County, for further proceedings pursuant to CPL 460.50 (subd 5). Viewing the evidence in a light most favorable to the People, we conclude that the proof is legally sufficient to sustain the convictions (see *People v Barnes,* 50 NY2d 375; *People v Dordal,* 55 NY2d 954). Mollen, P. J., Weinstein, Gulotta and Thompson, JJ., concur.